## Whitaker Farmers Grain Company, Appellee, v. Joseph Soucie, Appellant.

### Gen. No. 9,553.

opinion filed June 28, 1940. Arch F. Nuttall, for appellant; Savage & Holbrook and Charles J. McKeown, for appellee. Opinion by PRESIDING JUSTICE WOLFE. ''Not to be published in full.''

## William Mayhak, Appellee, v. Edward J. Meyers Company, Appellant.

### Gen. No. 9,561.

opinion filed June 28, 1940. Hall & Hulse, for appellant; Harry A. Hall and Marshall Meyer, of counsel; L. Eric Carey, for appellee. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''